IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| KEVIN HACKEROTT, ) ) ) Plaintiff, ) ) v. ) ) ) TERRY JONES, et al., ) ) Defendants. ) ) | CIVIL ACTION No. 05-3252-CM |

## MEMORANDUM AND ORDER

Pending before the court is plaintiff's Motion for Remand (Doc. 57). No opposition has been filed to this motion. After the dismissal of several defendants, this court no longer retains subject matter jurisdiction over plaintiff's claims. As such, pursuant to Fed. R. Civ. P. 12(h)(3), the court hereby

**ORDERS** that this case be remanded to the District Court of Kansas sitting in Sedgwick County.

Dated this 10th day of August 2006, at Kansas City, Kansas.

                                                                **s/ Carlos Murguia**
                                               **CARLOS MURGUIA**
                                               **United States District Judge**